56 A.3d 863

IN THE MATTER OF RONALD J. BRANDMAYR, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 001182002).

December 6, 2012.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent in

DRB 12–231 of **RONALD J. BRANDMAYR, JR.,** of **FREE-HOLD,** who was admitted to the bar of this State in 2002;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 5.5(a)(1) (knowingly practicing law while ineligible to do so);

And the parties having agreed that respondent's conduct violated *RPC* 5.5(a)(1), and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2011–0357E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RONALD J. BRANDMAYR, JR.,** of **FREEHOLD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's, file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.